Matter of Johnson v Braun (2023 NY Slip Op 03351)

Matter of Johnson v Braun

2023 NY Slip Op 03351

Decided on June 21, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 21, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
JOSEPH J. MALTESE
LARA J. GENOVESI
JANICE A. TAYLOR, JJ.

2023-00290 DECISION, ORDER & JUDGMENT

[*1]In the Matter of Johnathan Johnson, petitioner,
v
Evelyn Braun, etc., et al., respondents. Johnathan Johnson, Marcy, NY, petitioner pro se.

Letitia James, Attorney General, New York, NY (Charles F. Sanders of counsel), for respondent Evelyn Braun.

Proceeding pursuant to CPLR article 78 in the nature of mandamus to compel the respondent Evelyn Braun, a Justice of the Supreme Court, Queens County, to grant the petitioner permission to file a motion and to determine that motion in a matter entitled People v Johnson, pending in that court under Indictment Nos. 5837/86 and 5908/87, and application by the petitioner for poor person relief.
ORDERED that the application for poor person relief is granted to the extent that the filing fee imposed by CPLR 8022(b) is waived, and the application is otherwise denied as academic; and it is further,
ADJUDGED that the petition is denied and the proceeding is dismissed on the merits, without costs or disbursements.
The extraordinary remedy of mandamus will lie only to compel the performance of a ministerial act, and only where there exists a clear legal right to the relief sought (see Matter of Legal Aid Socy. of Sullivan County v Scheinman , 53 NY2d 12, 16). The petitioner has failed to demonstrate a clear legal right to the relief sought.
CONNOLLY, J.P., MALTESE, GENOVESI and TAYLOR, JJ., concur.
ENTER:
Maria T. Fasulo
Clerk of the Court